IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| THE STATE OF TENNESSEE, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 03-08: 0753<br>) |
| UNITED STATES OF AMERICA, | ) Judge Nixon<br>) Magistrate Judge Griffin |
| Defendant. | ) |

## AGREED ORDER OF DISMISSAL
## WITH PREJUDICE

Plaintiff and Defendant have entered into a settlement agreement. Plaintiff and Defendant agree that the Court should dismiss the pending case with prejudice.

Based upon the agreement of the parties set out above, it is ORDERED that this matter is dismissed with prejudice.

Entered this 18th day of September, 2009.

Juliette Griffin
Senior United States Magistrate Judge
District